# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand thirteen,

_____

Securities and Exchange Commisison,

    Plaintiff - Appellee,

v.

Pentagon Capital Management PLC, Lewis Chester,

    Defendants - Appellants,

Pentagon Special Purpose Fund, LTD.,

    Relief Defendant.

_____

**ORDER**

Docket No: 12-1680

Appellants Lewis Chester and Pentagon Capital Management PLC, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

