12-1680-cv
SEC v. Pentagon Capital Mgmt. PLC

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand fourteen.

PRESENT:   JOHN M. WALKER, JR.,
           DENNY CHIN,
                Circuit Judges,
           JANE A. RESTANI,
                Judge.*

- - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,
        Plaintiff-Appellee,

                -v.-                           12-1680-cv

PENTAGON CAPITAL MANAGEMENT PLC, LEWIS CHESTER,
        Defendants-Appellants,

PENTAGON SPECIAL PURPOSE FUND, LTD.,
        Relief Defendant.

- - - - - - - - - - - - - - - - - - -x

      We issued our opinion in this case on August 8, 2013. On December 19, 2013, we denied the petition of defendants-appellants Pentagon Capital Management PLC ("PCM") and Lewis Chester for panel rehearing or, in the alternative, rehearing en

---

    *    The Honorable Jane A. Restani, of the United States Court of International Trade, sitting by designation.

banc.  Appellants now move to stay the mandate for ninety days pending the filing of a petition for a writ of certiorari in the Supreme Court.

We have considered the parties' arguments, and appellants' motion is GRANTED.  As requested by the SEC, we specify, however, that the stay of the mandate does not in any respect interfere with or otherwise affect the SEC's ongoing collection efforts, including through PCM's bankruptcy in the United Kingdom.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

